**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7432**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERNEST STERLING WRIGHT, a/k/a Petey Wise,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Newport News.  Raymond A. Jackson, District
Judge.  (CR-96-22, CA-99-45-4)

———————————

Submitted:  February 24, 2000          Decided:  March 3, 2000

———————————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Ernest Sterling Wright, Appellant Pro Se.  Michael R. Smythers,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernest Sterling Wright seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Wright, Nos. CR-96-22; CA-99-45-4 (E.D. Va. Sept. 22, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on September 21, 1999, the district court's records show that it was entered on the docket sheet on September 22, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2